1901-0928-2320-Z
FID: 10987209

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>David Lee Berry<br>Defendant(s) | } | Case No. 5:19-cr-480-LCB-SGC |

## SEALED WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest David Lee Berry at 1257 Big Cypress Road, Cypress Inn, TN 38452

and bring him or her forthwith to the nearest magistrate judge to answer a(n) **Indictment** charging him or her with:

SEE ATTACHED

SHARON N. HARRIS
Name of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer By: Deputy Clerk

September 27, 2019 - Birmingham, Alabama
Date and Location

Bail fixed at $________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Route 301, Dalgren, VA (King George County) | | |
| DATE RECEIVED 09/28/2019 | NAME AND TITLE OF ARRESTING OFFICER SA William Johnston | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 10/9/19 | | |